PAMELA BATES *v.* LOY EARL BATES III
(11413)

FOTI, HEIMAN and SCHALLER, Js.

Argued February 18—decision released March 16, 1993

*Robert C. McCoy,* for the appellant (plaintiff).

*Raymond L. Baribeault, Jr.,* with whom, on the brief, was *Miriam Gardner-Frum,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.